**DURIE TANGRI LLP**
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

**BRACEWELL & GIULIANI LLP**
EDWARD A. CAVAZOS
ed.cavazos@bgllp.com
CONOR M. CIVINS
conor.civins@bgllp.com
111 Congress Avenue
Suite 2300
Austin, TX 78701

Attorneys for Defendant
LAMEBOOK, LLC

**COOLEY LLP**
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
GAVIN L. CHARLSTON (SBN 253899)
gcharlston@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: 415-693-2000
Facsimile: 415-693-7400

ANNE H. PECK (SBN 124790)
peckah@cooley.com
JEFFREY T. NORBERG (SBN 215087)
jnorberg@cooley.com
3175 Hanover Street   Palo Alto, CA 94304-1130
Telephone:    650-843-5000
Facsimile:    650-849-7400

Attorneys for Plaintiff
FACEBOOK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>LAMEBOOK, LLC,<br><br>                    Defendant. | Case No. 3:10-cv-05048-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON LAMEBOOK LLC'S MOTION TO DISMISS**<br><br>Ctrm:   Courtroom 3, 17th Floor<br>Judge:  The Honorable Richard Seeborg |

Plaintiff Facebook, Inc. ("Facebook") and Defendant Lamebook, LLC ("Lamebook"), through their respective counsel, hereby make the following stipulation:

WHEREAS, Lamebook filed its Motion to Dismiss in the instant action on February 23, 2011;

WHEREAS, Lamebook's Motion to Dismiss is fully briefed and noticed for hearing on March 31, 2011 at 12:30 PM in Courtroom 3, 17th Floor, San Francisco before the Hon. Richard Seeborg;

WHEREAS, Facebook filed a Motion to Dismiss in the action filed by Lamebook in the Western District of Texas, *Lamebook LLC v. Facebook, Inc.*, Case No. 1:10-cv-00833 (W.D. Tex.) (the "*Lamebook* action"), and that motion came for hearing before the Honorable Sam Sparks on March 25, 2011;

WHEREAS, the parties agree that this Court should delay ruling on Lamebook's Motion to Dismiss until such time as the court in the *Lamebook* action rules on Facebook's Motion to Dismiss;

WHEREAS, continuing the hearing on Lamebook's Motion to Dismiss to April 21, 2011 will not affect any other currently scheduled dates or the Case Management Conference, which is scheduled for May 5, 2011 at 10:00 AM;

NOW THEREFORE, Plaintiff Facebook, Inc. and Defendant Lamebook, LLC hereby stipulate as follows:

Lamebook LLC's Motion to Dismiss, currently noticed for hearing on March 31, 2011 at 12:30 PM shall be continued to **April 21, 2011 at 1:30 PM.**

IT IS SO STIPULATED.

Dated: March 29, 2011

DURIE TANGRI LLP

By: */s/ Genevieve P. Rosloff*
GENEVIEVE P. ROSLOFF

Attorney for Defendant LAMEBOOK, LLC

Dated: March 29, 2011                                    COOLEY LLP

                                                         By:   */s/ Jeffrey T. Norberg*
                                                                JEFFREY T. NORBERG

                                                         Attorney for Plaintiff FACEBOOK, INC.

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Genevieve P. Rosloff, attest that concurrence in the filing of this document has been obtained.

Dated: March 29, 2011                                          */s/ Genevieve P. Rosloff*
                                                                GENEVIEVE P. ROSLOFF

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/29/11

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

---

STIPULATION TO CONTINUE HEARING ON LAMEBOOK LLC'S MOTION TO DISMISS / CASE NO.
3:10-CV-05048-RS