COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
GAVIN L. CHARLSTON (253899) (gcharlston@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

ANNE H. PECK (124790) (peckah@cooley.com)
JEFFREY T. NORBERG (215087) (jnorberg@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000
(650) 849-7400

Attorneys for Plaintiff
FACEBOOK, INC

DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830) (mlemley@durietangri.com)
JOSEPH C. GRATZ (SBN 240676) (jgratz@durietangri.com)
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

BRACEWELL & GIULIANI LLP
CONOR M. CIVINS (conor.civins@bgllp.com)
EDWARD A. CAVAZOS (ed.cavazos@bgllp.com)
111 Congress Avenue, Suite 2300
Austin, TX 78701
Telephone:    512-472-7800
Facsimile:    800-404-3970

Attorneys for Defendant
LAMEBOOK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAMEBOOK LLC,<br><br>　　　　　Defendant. | Case No.  3:10-CV-05048-RS<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATED DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:10-CV-05048-RS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Facebook, Inc. and defendant Lamebook, LLC, by and through their undersigned counsel, hereby stipulate that the above captioned action is dismissed without prejudice.

SO STIPULATED:

Dated: June 21, 2011

COOLEY LLP
MICHAEL G. RHODES (116127)
GAVIN L. CHARLSTON (253899)
ANNE H. PECK (124790)
JEFFREY T. NORBERG (215087)

*/s/ Jeffrey T. Norberg*
Jeffrey T. Norberg (215087)
Attorneys for Plaintiff
FACEBOOK, INC.

DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
JOSEPH C. GRATZ (SBN 240676)

*/s/ Joseph C. Gratz*
Joseph C. Gratz (240676)
Attorneys for Defendant
LAMEBOOK, LLC

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

                                             */s/ Jeffrey T. Norberg*
                                             Jeffrey T. Norberg
                                             Attorneys for Plaintiff
                                             FACEBOOK, INC.